# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF ILLINOIS

In re:

Kathryn Lightfoot

    Debtor

File No.: 10-25795
Chapter 13 Proceeding

Sascha Odom
Bankruptcy Specialist for First National Bank *of America*
241 E Saginaw
East Lansing, MI  48823
(517) 203-7379

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

AUG 24 2015

JEFFREY P. ALLSTEADT, CLERK
**PS REP. - DDS**

## RESPONSE OF FIRST NATIONAL BANK *OF AMERICA* TO TRUSTEE'S NOTICE OF FINAL CURE PAYMENT

**NOW COMES** secured creditor First National Bank *of America* ("First National"), for its response to the Trustee's Notice of Final Cure Payment; Notice to Creditors of Obligation to File a Response and Right to Object states as follows pursuant to Federal Rules of Bankruptcy Procedure 3002.1(g):

1. First National agrees that the Trustee has paid the amount required to cure the default on its claim.

Dated: 08/18/15

Respectfully submitted,

First National Bank *of America*

*Sascha Odom* (signature)

Sascha Odom
Bankruptcy Specialist for First National Bank *of America*
241 E Saginaw
East Lansing, MI  48823
(517) 203-7379
E-mail: saschaodom@fnba.com

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF ILLINOIS

In re:

Kathryn Lightfoot

    Debtor

File No.: 10-25795
Chapter 13 Proceeding

First National Bank *of America*
241 E Saginaw
East Lansing, MI 48823
(517) 203-7379

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

AUG 24 2015

JEFFREY P. ALLSTEADT, CLERK
PS REP. - DDS

## PROOF OF SERVICE

The undersigned certifies that on the 18th day of August, 2015, a copy of the Response of First National Bank *of America* to Trustee's Notice of Final Cure Payment was mailed via first class mail to Kathryn Lightfoot, Debtor, at 27 W 206 Providence in Winfield, IL 60190, Richard Sexner, Debtor's Attorney, at 579 W North Avenue, Suite 203 in Elmhurst, IL 60126, and Glenn Stearns, Trustee, at 801 Warrenville Road, Suite 650 in Lisle, IL 60532.

Dated: 08/18/15

*(signature)*
Amanda Metzmaker
Special Asset Assistant for First National Bank *of America*
241 E Saginaw
East Lansing, MI 48823
(517) 332-7797
E-mail: ametzmaker@fnba.com